James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
James M. Neudecker (State Bar No. 221657)
REED SMITH LLP
1999 Harrison Street
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:    510.763.2000
Facsimile:    510.273.8832

Attorneys for Defendant Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN TEAGUE; et al., | Case No. |
| Plaintiffs, | **DEFENDANT ELI LILLY AND COMPANY, A CORPORATION'S CERTIFICATE AS TO INTERESTED PARTIES** |
| vs. | |
| ELI LILLY AND COMPANY and MCKESSON CORPORATION | |
| Defendants. | |

1  Pursuant to Local Rule 3-16, the undersigned certifies that, as of this date, other
2  than the named parties, there is no such interest to report.

3
4  DATED: 6/25/07 .    REED SMITH LLP
5
6  By _____
7  James M. Wood
   Colleen T. Davies
   James M. Neudecker
8  Attorneys for Defendant
   Eli Lilly and Company, a corporation
9
10 DOCSOAK-9876851.1