James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
James M. Neudecker (State Bar No. 221657)
REED SMITH LLP
1999 Harrison Street
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendant Eli Lilly and Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN TEAGUE; et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY and MCKESSON CORPORATION,<br><br>    Defendants. | Case No.<br><br>**DEFENDANT ELI LILLY AND COMPANY, A CORPORATION'S DISCLOSURE STATEMENT** |

1    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Eli Lilly and
2  Company, a corporation ("Lilly"), submits the following disclosure statement:
3
4    There is no parent corporation of Lilly. No publicly held corporation owns 10% or
5  more of Lilly's stock.
6
7  DATED: 6/25/07 .                          REED SMITH LLP
8
9                                            By  /s/ James Neudecker
10                                               James M. Wood
                                                 Colleen T. Davies
11                                               James M. Neudecker
                                                 Attorneys for Defendant
12                                               Eli Lilly and Company, a corporation

DOCSOAK-9876844.1

- 2 -