1  James M. Wood (State Bar No. 58679)
   Colleen T. Davies (State Bar No. 111371)
2  James M. Neudecker (State Bar No. 221657)
   REED SMITH LLP
3  1999 Harrison Street
   Oakland, CA  94612-3572
4
   **Mailing Address:**
5  P.O. Box 2084
   Oakland, CA  94604-2084
6
   Telephone:    510.763.2000
7  Facsimile:    510.273.8832

8  Attorneys for Defendant Eli Lilly and Company, a corporation

9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11

12
   GLENN TEAGUE, et al.,                    Case No.
13
                 Plaintiffs,                **DEFENDANT ELI LILLY AND
14                                           COMPANY, A CORPORATION'S
       vs.                                   NOTICE OF PENDENCY OF
15                                           OTHER ACTIONS**
   ELI LILLY AND COMPANY and
16 MCKESSON CORPORATION,

17               Defendants.

18

19

20     Pursuant to Local Rule 3-13, Defendant Eli Lilly and Company, a corporation ("Lilly")

21 hereby informs this Court of the pendency of the following actions which involve "all or a

22 material part of the same subject matter and all or substantially all of the same parties" in that all

23 cases allege personal injury as a result of the plaintiff's(s') use of the prescription medicine

24 Zyprexa®.

25
       *Arthur McDade, et al. v. Eli Lilly and Company* (Case Number C 05 04497 CW)
26
       *Yvette Agua, et al. v. Eli Lilly and Company* (Case Number C 05 04498 WHA)
27
       *Reginald Anderson, et al. v. Eli Lilly and Company* (Case Number C 05 04499 JSW)
28

                                    - 1 -

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

1  *Katie Danielle Ashcraft, et al. v. Eli Lilly and Company* (Case Number C 05 04500 WHA)

2  *Daniel Kinder v. Eli Lilly and Company* (Case Number C 05 04903)

3  *Amy Shelle and Kevin Shelle v. Eli Lilly and Company* (Case Number C 05 04904)

4  *Bethel Picker, et al. v. Eli Lilly and Company* (Case Number C 05 04905 MJJ)

5  *Zachary Gilman v. Eli Lilly and Company* (Case Number C 05 04908 MJJ)

6  *Yolanda King, Clarence King v. Eli Lilly and Company* (Case Number C 05 05009 JSW)

7  *Rusty Downs v. Eli Lilly and Company* (Case Number C 05 05030 JSW)

8  *Gayle Ryan and James Ryan v. Eli Lilly and Company* (Case Number C 05 05091)

9  *Scott Brooks v. Eli Lilly and Company* (Case Number C 05 05092 WHA)

10 *Robin McCoy v. Eli Lilly and Company* (Case Number C 05 05269 JSW)

11 *Stephanie Calderwood v. Eli Lilly and Company* (Case Number C 05 05287)

12 *Amber Brennan v. Eli Lilly and Company* (Case Number C 05 4829)

13 *Marlene Romero v. Eli Lilly and Company* (Case Number C 05 4830)

14 *Don Pledger; individually and personal representative to Raymond Pledger; deceased and Margie Pledger v. Eli Lilly and Company* (Case Number C 05 4831)

15
16 *Anita Hollowell and Edward Hollowell v. Eli Lilly and Company* (Case Number C 05 4832)

17 *James Saleeby; individually and as personal Representative to Joanne Saleeby v. Eli Lilly and Company* (Case Number C 05 4833)

18
19 *Carolyn Seward, Shannon Seward v. Eli Lilly and Company* (Case Number C 05 4892)

20 *Tonya Alexander v. Eli Lilly and Company* (Case Number C 05 4894)

21 *Steven Leeper v. Eli Lilly and Company* (Case Number C 05 4895)

22 *Russell Halterman, Kelly Halterman v. Eli Lilly and Company* (Case Number C 05 4902)

23 *Leonard Ward v. Eli Lilly and Company* (Case Number C 05 5013)

24 *Michelle Gerst, Erik Gerst v. Eli Lilly and Company* (Case Number C 05 5029)

25 *Rose Marie Marchiny v. Eli Lilly and Company* (Case Number C 05 5032)

26 *Coreen Hansen v. Eli Lilly and Company* (Case Number C 05 5033)

27 *Willie Evans v. Eli Lilly and Company* (Case Number C 05 5074)

28 *Shannon Miller v. Eli Lilly and Company* (Case Number C 05 5077)

Defendants Eli Lilly And Company, A Corporation's Notice Of Pendency Of Other Actions

1   *Joshua Hudson v. Eli Lilly and Company* (Case Number C 05 5078)

2   *David Strawn v. Eli Lilly and Company* (Case Number C 05 5093)

3   *Jim Ayala v. Eli Lilly and Company* (Case Number C 05 5094)

4   *Michael Keizur v. Eli Lilly and Company* (Case Number C 05 5096)

5   *Timothy O'Neil v. Eli Lilly and Company* (Case Number C 05 5099)

6   *Mark Sewell v. Eli Lilly and Company* (Case Number C 05 5148)

7   *Jeffrey Oldewurtel v. Eli Lilly and Company* (Case Number C 05 5150)

8   *James Kelly, Tammy Kelly v. Eli Lilly and Company* (Case Number C 05 5151)

9   *Christopher Parlato, et al. v. Eli Lilly and Company* (Case Number C 05 5153)

10  *Duane Long v. Eli Lilly and Company* (Case Number C 05 5266)

11  *Fausto Gutierrez-Cruz v. Eli Lilly and Company* (Case Number C 05 5267)

12  *Arleen (Arelene) Kenyon and Harlon (Harlan) Kenyon v. Eli Lilly and Company* (Case
    Number C 05 5268)

13
14  *Robin Conder and Mark Conder v. Eli Lilly and Company* (Case Number C 05 5269)

15  *Alberta Smiley-Harris v. Eli Lilly and Company* (Case Number C 05 5291)

16  *Denine Cook v. Eli Lilly and Company* (Case Number C 05 5292)

17  *Denise Anderson, et al. v. Eli Lilly and Company, McKesson Corporation* (Case Number
    C 06 3569 PJH)

18  *Rachelle Mitchell v. Eli Lilly and Company* (Case Number C 06 00034)

19  *Tina Jones v. Eli Lilly and Company* (Case Number C 06 00036 WHA)

20  *Jerry Lee Ginn and Judith Ann Nadle v. Eli Lilly and Company* (Case Number C 06 0008)

21  *Jeannie Swartz v. Eli Lilly and Company* (Case Number C 06 0031)

22  *Viola Ward  v. Eli Lilly and Company* (Case Number C 06 0039)

23  *Joy Orie v. Eli Lilly and Company, Astrazenaca Pharmaceuticals LP; Astrazenaca LP*
    (Case Number C 06 00542 SBA)

24
25  *Michelle Massey and Shane Massey v. Eli Lilly and Company, Astrazenaca
    Pharmaceuticals LP; Astrazenaca LP* (Case Number C 06 00544 TEH)

26  *John Heigl v. Eli Lilly and Company, Astrazenaca Pharmaceuticals LP; Astrazenaca LP*
    (Case Number C 06 00551 JSW)

27
28  *Casey Jones and Nancy Jones v. Eli Lilly and Company, Astrazenaca Pharmaceuticals
    LP; Astrazenaca LP* (Case Number C 06 00554 JSW)

Defendants Eli Lilly And Company, A Corporation's Notice Of Pendency Of Other Actions

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

1    *Tracy Martin v. Eli Lilly and Company, Astrazenaca Pharmaceuticals LP; Astrazenaca LP* (Case Number C 06 00560 MJJ)

2

3    *James Miller and Linda Miller v. Eli Lilly and Company, Astrazenaca Pharmaceuticals LP; Astrazenaca LP* (Case Number C 06 00563 JSW)

4    *Ned Godfrey v. Eli Lilly and Company, Astrazenaca Pharmaceuticals LP; Astrazenaca LP* (Case Number C 06 00565 WHA)

5

6    *Cheryl Cole v. Eli Lilly and Company; AstraZeneca Pharmaceuticals, L.P.; AstraZeneca, L.P.* (Case Number C 06 00581 MHP)

7    *Wendy Melebeck v. Eli Lilly and Company; AstraZeneca Pharmaceuticals, L.P.; AstraZeneca, L.P.* (Case Number C 06 00606 MJJ)

8

9    *Raymond Weldon  v. Eli Lilly and Company, Astrazenaca Pharmaceuticals LP, Astrazenaca LP* (Case Number C 06 00615 SBA)

10   *Margaret A. Shearman v. Eli Lilly and Company and Astrazenaca Pharmaceuticals* (Case Number C 06 01311 PJH)

11

12   *Anna Taylor and Dennis Taylor v. Eli Lilly and Company* (Case Number C 06 01509 SBA)

13   *Mary Deschenes, et al. v. Eli Lilly and Company* (Case Number C 06 01605 MHP)

14   *Jack Lidikay, et al. v. Eli Lilly and Company; McKesson Corporation* (Case Number C 06 01938 MHP)

15

16   *David Sensenig v. Eli Lilly and Company* (Case Number C 06 0250)

17   *Sharon Tenney and Leslie Tenney v. Eli Lilly and Company, Astrazenaca Pharmaceuticals LP; Astrazenaca LP* (Case Number C 06 0541 CW)

18   *Mark Bobal v. Eli Lilly and Company, Astrazenaca Pharmaceuticals LP; Astrazenaca LP* (Case Number C 06 0547 EMC)

19

20   *Laura Faulk and Edward Faulk v. Eli Lilly and Company, Astrazenaca Pharmaceuticals LP; Astrazenaca LP* (Case Number C 06 0553 CW)

21   *Barbara Dortch v. Eli Lilly and Company, Astrazenaca Pharmaceuticals LP; Astrazenaca LP* (Case Number C 06 0555 TEH)

22

23   *Ethel Harkins v. Eli Lilly and Company, Astrazenaca Pharmaceuticals LP; Astrazenaca LP* (Case Number C 06 0566 MMC)

24   *Elsie Rosales v. Eli Lilly and Company, Astrazenaca Pharmaceuticals LP; Astrazenaca LP* (Case Number C 06 0567 EDL)

25

26   *Shirley A. Goldsmith v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 0570 JL)

27   *Marjorie J. Hess v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 0572 PJH)

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

Defendants Eli Lilly And Company, A Corporation's Notice Of Pendency Of Other Actions

*Barry and Carol Derosky v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 0577 EDL)

*Gail Gringel v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 0578 MMC)

*Mary and John Geones v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 0580 SBA)

*Leona Cardwell v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 0582 MJJ)

*Marisa Castillo v. Eli Lilly and Company, Astrazeneca Pharmaceuticals* (Case Number C 06 0583)

*Stephen Carr v. Eli Lilly and Company, Astrazeneca Pharmaceuticals* (Case Number C 06 0584)

*Lisa and Brian Peat v. Eli Lilly and Company, Astrazeneca Pharmaceuticals* (Case Number C 06 0591)

*Herman McAffee v. Eli Lilly and Company; AstraZeneca Pharmaceuticals, L.P.; AstraZeneca, L.P.* (Case Number C 06 0593 JSW)

*Amesha Thorne v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 0595)

*Faith McConnell v. Eli Lilly and Company; AstraZeneca Pharmaceuticals, L.P.; AstraZeneca, L.P.* (Case Number C 06 0596 EDL)

*Patti and Timothy Cato v. Eli Lilly and Company, Astrazeneca Pharmaceuticals* (Case Number C 06 0597)

*Lucas Webb v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 0598 WHA)

*Lori Brendgard v. Eli Lilly and Company, Astrazeneca Pharmaceuticals* (Case Number C 06 0603)

*Cynthia Crockett v. Eli Lilly and Company; AstraZeneca Pharmaceuticals, L.P.; AstraZeneca, L.P.* (Case Number C 06 0607 MEJ)

*William Kasperson v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 0611 MMC)

*Debra Gaines v. Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C 06 0612 CW)

*Cheryl Levy v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 0613 EDL)

*Donna Linderman v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 0614 CW)

*Jeanette Severi v. Eli Lilly and Company; AstraZeneca Pharmaceuticals, L.P.;*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

1  *AstraZeneca, L.P.* (Case Number C 06 0616 SBA)

2  *James Martin v. Eli Lilly and Company; AstraZeneca Pharmaceuticals, L.P.;*
3  *AstraZeneca, L.P.* (Case Number C 06 0617 MMC)

4  *Jennifer and Jeff Bosaw v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 0618 MJJ)

5  *Rodney Davis v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 0619 MJJ)
6

7  *Kenneth King v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 0620 MJJ)

8  *William O'Hosky v. Eli Lilly and Company, Astrazeneca Pharmaceuticals* (Case Number C 06 0625)
9

10  *Clinton Spung v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 0626 SBA)

11  *Loraine Clements v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 0655 MJJ)
12

13  *Corde Williams v. Eli Lilly and Company; AstraZeneca Pharmaceuticals, L.P.;*
*AstraZeneca, L.P.* (Case Number C 06 0656 SBA)

14  *Donna Ali v. Eli Lilly and Company* (Case Number C 06 0658 MMC)

15  *Larry Adams, Jr. and Sandra L. Adams v. Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C 06 0660 SC)
16

17  *Wendell Collum v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 0662 EMC)

18  *Lori Robinson v. Eli Lilly and Company, Astrazeneca Pharmaceuticals, Johnson & Johnson, Janssen Pharmaceuticals* (Case Number C 06 0663)
19

20  *Polis v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 0676 MJJ)

21  *Betty Gregor v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 0677 SC)
22

23  *George Carmack v. Eli Lilly and Company* (Case Number C 06 0893)

24  *Daryl Paul v. Eli Lilly and Company* (Case Number C 06 0894)

25  *Eugenne Salmon v. Eli Lilly and Company* (Case Number C 06 0895)

26  *Debra McLelland v. Eli Lilly and Company* (Case Number C 06 0896)

27  *Pamela Blish v. Eli Lilly and Company* (Case Number C 06 0897)

28  *Celita Finney v. Eli Lilly and Company* (Case Number C 06 0898)

Defendants Eli Lilly And Company, A Corporation's Notice Of Pendency Of Other Actions

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

1    *Duane Windom v. Eli Lilly and Company* (Case Number C 06 0899)

2    *Jerome Dennis v. Eli Lilly and Company* (Case Number C 06 0900)

3    *Timothy Lee v. Eli Lilly and Company* (Case Number C 06 0901 MMC)

4    *Brenda Stites v. Eli Lilly and Company* (Case Number C 06 0902 PJH)

5    *Kimberly Fortunator v. Eli Lilly and Company* (Case Number C 06 0903)

6    *Floretia Harris v. Eli Lilly and Company* (Case Number C 06 0904)

7    *Della Collins v. Eli Lilly and Company* (Case Number C 06 0905 TEH)

8    *Franklin Fraley v. Eli Lilly and Company* (Case Number C 06 0906)

9    *Constance Heg v. Eli Lilly and Company* (Case Number C 06 0952)

10    *Patsy Shows v. Eli Lilly and Company* (Case Number C 06 0954)

11    *Ollie Dotson and Yvonne Rankin v. Eli Lilly and Company* (Case Number C 06 0955)

12    *Anthony Hardenbrock v. Eli Lilly and Company* (Case Number C 06 0956)

13    *Linda Wright v. Eli Lilly and Company* (Case Number C 06 0957)

14    *Maryann Roulo and Philip G. Roulo v. Eli Lilly and Company* (Case Number C 06 0959)

15    *Richard Anderson v. Eli Lilly and Company* (Case Number C 06 0960)

16    *Rebecca Boring and Paul E. Boring v. Eli Lilly and Company* (Case Number C 06 0961)

17    *Shirley Bennett and Silas Bennett v. Eli Lilly and Company* (Case Number C 06 0962)

18    *Frederick Smith and Rhona Smith v. Eli Lilly and Company* (Case Number C 06 0965)

19    *John Stone and Sherry Stone v. Eli Lilly and Company* (Case Number C 06 0966)

20    *Timmons Hill v. Eli Lilly and Company* (Case Number C 06 0967)

21    *Paul Adamovich and Violet Adamovich v. Eli Lilly and Company* (Case Number C 06 0968)

22

23    *Laurie Woloszyn v. Eli Lilly and Company* (Case Number C 06 0969)

24    *Alan Rupert and Tania Rupert v. Eli Lilly and Company* (Case Number C 06 0970)

25    *Vickie Abasta v. Eli Lilly and Company* (Case Number C 06 0972)

26    *Pamela Carson and Sidney Carson v. Eli Lilly and Company* (Case Number C 06 0973)

27    *Patricia Grillot v. Eli Lilly and Company* (Case Number C 06 0974)

28    *Robert Firestone v. Eli Lilly and Company* (Case Number C 06 0975 CW)

Defendants Eli Lilly And Company, A Corporation's Notice Of Pendency Of Other Actions

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

1    *Anthony Jackson v. Eli Lilly and Company* (Case Number C 06 0976)

2    *Daniel Lemke v. Eli Lilly and Company* (Case Number C 06 0977)

3    *Estella Mullings v. Eli Lilly and Company* (Case Number C 06 0979 SC)

4    *Natalie Summers v. Eli Lilly and Company* (Case Number C 06 0980)

5    *Cheryl Hill v. Eli Lilly and Company* (Case Number C 06 0981)

6    *Aaron Roberts v. Eli Lilly and Company* (Case Number C 06 0983)

7    *Mary Willhoite v. Eli Lilly and Company* (Case Number C 06 0984)

8    *Eric Golden and Tuesday Golden v. Eli Lilly and Company* (Case Number C 06 0987)

9    *Ronald Kemp v. Eli Lilly and Company* (Case Number C 06 0988 CW)

10    *Vag Mayi v. Eli Lilly and Company* (Case Number C 06 0989)

11    *Constance Fuller v. Eli Lilly and Company* (Case Number C 06 0990)

12    *Louise Rodriguez v. Eli Lilly and Company* (Case Number C 06 0991)

13    *Steven Dektor v. Eli Lilly and Company* (Case Number C 06 0993)

14    *Aaron Kirkland v. Eli Lilly and Company* (Case Number C 06 0995)

15    *Laura Dalena v. Eli Lilly and Company* (Case Number C 06 0996)

16    *Cynthia Mount and Roger Mount v. Eli Lilly and Company* (Case Number C 06 0997)

17    *Teresa Brando v. Eli Lilly and Company* (Case Number C 06 0998)

18    *Linda Hilton v. Eli Lilly and Company* (Case Number C 06 0999)

19    *Adam Santucci v. Eli Lilly and Company* (Case Number C 06 1001)

20    *Assefa Enkuneh v. Eli Lilly and Company* (Case Number C 06 1003)

21    *Linda Tafoya-Bassett and Tom Bassett v. Eli Lilly and Company* (Case Number C 06 1004)

22

23    *Cheryl Adams v. Eli Lilly and Company* (Case Number C 06 1005)

24    *Kathleen Koche v. Eli Lilly and Company* (Case Number C 06 1006)

25    *Juan Saffold v. Eli Lilly and Company* (Case Number C 06 1007)

26    *Gloria Scott v. Eli Lilly and Company* (Case Number C 06 1008)

27    *Craig Lucas v. Eli Lilly and Company* (Case Number C 06 1010)

28    *Charmine Laney v. Eli Lilly and Company* (Case Number C 06 1011)

Defendants Eli Lilly And Company, A Corporation's Notice Of Pendency Of Other Actions

1    *Karen Jones v. Eli Lilly and Company* (Case Number C 06 1013)

2    *James Meyer and Martha Meyer  v. Eli Lilly and Company* (Case Number C 06 1022)

3    *Ruby and Pat Colvin v. Eli Lilly and Company* (Case Number C 06 1023)

4    *Carolyn and Charles Butler v. Eli Lilly and Company* (Case Number C 06 1024)

5    *Bart Russell v. Eli Lilly and Company* (Case Number C 06 1025)

6    *Deborah Hargraves v. Eli Lilly and Company* (Case Number C 06 1026)

7    *Robin McGowan v. Eli Lilly and Company* (Case Number C 06 1027)

8    *Josie Miller v. Eli Lilly and Company* (Case Number C 06 1028)

9    *Ralph Cole v. Eli Lilly and Company* (Case Number C 06 1029)

10    *John Luthy  v. Eli Lilly and Company* (Case Number C 06 1030)

11    *Theodore Comer and Karen Broughton v. Eli Lilly and Company* (Case Number C 06
1031 WHA)

12

13    *Karen and James Ledney v. Eli Lilly and Company* (Case Number C 06 1032)

14    *Craig Green v. Eli Lilly and Company* (Case Number C 06 1033)

15    *Joseph and Judith Kokesh v. Eli Lilly and Company* (Case Number C 06 1034)

16    *Hollis Greenspan v. Eli Lilly and Company* (Case Number C 06 1035)

17    *Ronald Robek and Mildred Robek v. Eli Lilly and Company* (Case Number C 06 1036)

18    *Hazel Blumenschein v. Eli Lilly and Company* (Case Number C 06 1038)

19    *Kenny and John Molinaro v. Eli Lilly and Company* (Case Number C 06 1039)

20    *Wardlow, John v. Eli Lilly and Company* (Case Number C 06 1040)

21    *Margaret and Henry Wolfe v. Eli Lilly and Company* (Case Number C 06 1041)

22    *Charles and Karlina Temple v. Eli Lilly and Company* (Case Number C 06 1042)

23    *Scott Murphy v. Eli Lilly and Company* (Case Number C 06 1043)

24    *Sebenna Burgess v. Eli Lilly and Company* (Case Number C 06 1044)

25    *John Sgarlata and Lisa M. Sgarlata v. Eli Lilly and Company* (Case Number C 06 1045)

26    *Dante Barfield  v. Eli Lilly and Company* (Case Number C 06 1048)

27    *Yvonne and Howard Grove v. Eli Lilly and Company* (Case Number C 06 1050)

28    *Jonathan and Connie Zimmerman v. Eli Lilly and Company* (Case Number C 06 1052)

Defendants Eli Lilly And Company, A Corporation's Notice Of Pendency Of Other Actions

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

1    *Mark and Patricia Sowa v. Eli Lilly and Company* (Case Number C 06 1053)

2    *Priscilla Shrader v. Eli Lilly and Company* (Case Number C 06 1054)

3    *Faye Montgomery v. Eli Lilly and Company* (Case Number C 06 1055)

4    *Janet Janssen v. Eli Lilly and Company* (Case Number C 06 1056)

5    *Greg and Mary Kathryn Isom v. Eli Lilly and Company* (Case Number C 06 1057)

6    *Anita and Dean Brenner v. Eli Lilly and Company* (Case Number C 06 1058)

7    *Bernard and Cathy Strickland v. Eli Lilly and Company* (Case Number C 06 1060)

8    *Mary and Joseph Teleky v. Eli Lilly and Company* (Case Number C 06 1061)

9    *Brenda Hunter v. Eli Lilly and Company* (Case Number C 06 1062)

10    *Steven Tomaselli v. Eli Lilly and Company* (Case Number C 06 1063)

11    *Theresa Trotman v. Eli Lilly and Company* (Case Number C 06 1064)

12    *Wendy Raynor and Michael Raynor v. Eli Lilly and Company* (Case Number C 06 1076)

13    *Rommell Thompson and Monique Margosian v. Eli Lilly and Company* (Case Number C 06 1077)

14

15    *Noemi Hernandez v. Eli Lilly and Company* (Case Number C 06 1078)

16    *Wandy Deasy v. Eli Lilly and Company* (Case Number C 06 1079)

   *Joe Flores v. Eli Lilly and Company* (Case Number C 06 1080)

17    *Felipe Flores v. Eli Lilly and Company* (Case Number C 06 1082)

18    *Jamal G. Treadwell v. Eli Lilly and Company* (Case Number C 06 1083)

19    *Ward Marks v. Eli Lilly and Company* (Case Number C 06 1084)

20    *Carroll Vanover v. Eli Lilly and Company* (Case Number C 06 1085)

21    *Sandy Laverich v. Eli Lilly and Company, Astrazeneca Pharmaceuticals* (Case Number C 06 1086)

22

23    *Maria Jordan v. Eli Lilly and Company* (Case Number C 06 1087)

24    *Alberta Johnson v. Eli Lilly and Company* (Case Number C 06 1088)

25    *Maria Mercado v. Eli Lilly and Company* (Case Number C 06 1089)

26    *Greg Bauder v. Eli Lilly and Company* (Case Number C 06 1090)

27    *Linda Soule v. Eli Lilly and Company* (Case Number C 06 1091)

28    *Ernest and Pampatha Mitchell v. Eli Lilly and Company* (Case Number C 06 1093)

- 10 -

Defendants Eli Lilly And Company, A Corporation's Notice Of Pendency Of Other Actions

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

1   *Keith Bacon v. Eli Lilly and Company* (Case Number C 06 1096)

2   *John and Marlene Popielarcheck v. Eli Lilly and Company* (Case Number C 06 1097)

3   *James Fraser v. Eli Lilly and Company* (Case Number C 06 1099)

4   *Lois Osenga v. Eli Lilly and Company* (Case Number C 06 1100)

5   *Michelle Auger v. Eli Lilly and Company* (Case Number C 06 1102)

6   *Brandon Holmes v. Eli Lilly and Company* (Case Number C 06 1103)

7   *Gary Gauthier v. Eli Lilly and Company* (Case Number C 06 1106)

8   *Manford Hansen (improperly spelled as Hanson) v. Eli Lilly and Company* (Case Number C 06 1107)

9

10   *Leilani Jones v. Eli Lilly and Company* (Case Number C 06 1108)

11   *Theresa Hill v. Eli Lilly and Company* (Case Number C 06 1110)

12   *Marguerite Joiner v. Eli Lilly and Company* (Case Number C 06 1111)

13   *Glenna Rohr v. Eli Lilly and Company* (Case Number C 06 1112)

14   *Diana Platts v. Eli Lilly and Company* (Case Number C 06 1113)

15   *Lucinda Schultz and Gary Schultz v. Eli Lilly and Company* (Case Number C 06 1115)

16   *Toni Iness v. Eli Lilly and Company* (Case Number C 06 1116)

17   *Carlos Garcia v. Eli Lilly and Company* (Case Number C 06 1117)

18   *Jason Skaggs v. Eli Lilly and Company* (Case Number C 06 1118)

19   *Mandy Brown v. Eli Lilly and Company* (Case Number C 06 1121)

20   *James Thomas v. Eli Lilly and Company* (Case Number C 06 1122)

21   *Teresa and Bruce Robinson v. Eli Lilly and Company* (Case Number C 06 1123)

22   *Jeffrey Hamlet v. Eli Lilly and Company* (Case Number C 06 1124)

23   *Timothy Miller v. Eli Lilly and Company* (Case Number C 06 1125)

24   *James Arns v. Eli Lilly and Company* (Case Number C 06 1126)

25   *Severa Cruz v. Eli Lilly and Company* (Case Number C 06 1127)

26   *Brian Rickard v. Eli Lilly and Company* (Case Number C 06 1128)

27   *Peter Klein and Valerie Klein v. Eli Lilly and Company* (Case Number C 06 1129)

28   *Heather Duff v. Eli Lilly and Company* (Case Number C 06 1130)

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

Defendants Eli Lilly And Company, A Corporation's Notice Of Pendency Of Other Actions

1    *Eunice and James Duchnowski v. Eli Lilly and Company (Case Number C 06 1131)*

2    *Jamel Easterly, Artisha Easterly v. Eli Lilly and Company* (Case Number C 06 1132)

3    *Alvie Laver v. Eli Lilly and Company* (Case Number C 06 1133)

4    *Shirley Eddy v. Eli Lilly and Company* (Case Number C 06 1134)

5    *Randy and Robin Cameron v. Eli Lilly and Company* (Case Number C 06 1135)

6    *Avant and Lisa Robinson v. Eli Lilly and Company* (Case Number C 06 1155 WHA)

7    *Rhonda and Dale Hoblit v. Eli Lilly and Company* (Case Number C 06 1156)

8    *Sharon Lavas  v. Eli Lilly and Company* (Case Number C 06 1157)

9    *Florence Briggs and William C. Briggs v. Eli Lilly and Company* (Case Number C 06
10   1158)

11   *Norine Ciaio  v. Eli Lilly and Company* (Case Number C 06 1159)

12   *Yash Kapur v. Eli Lilly and Company (Case Number C 06 1160)*

13   *Doreen Bell v. Eli Lilly and Company* (Case Number C 06 1161)

14   *William O'Brien v. Eli Lilly and Company* (Case Number C 06 1162)

15   *Kimberly Hopkins v. Eli Lilly and Company* (Case Number C 06 1163)

16   *Florence Karolyi v. Eli Lilly and Company* (Case Number C 06 1164)

17   *Gregory Kelker v. Eli Lilly and Company* (Case Number C 06 1165)

18   *Linda Martorana v. Eli Lilly and Company* (Case Number C 06 1167)

19   *Kathlene Cheriki  v. Eli Lilly and Company* (Case Number C 06 1168)

20   *Mamie Hurt v. Eli Lilly and Company* (Case Number C 06 1169)

21   *Susan Kline v. Eli Lilly and Company* (Case Number C 06 1170)

22   *Dennis Muschitz v. Eli Lilly and Company* (Case Number C 06 1171)

23   *Patricia Banks v. Eli Lilly and Company* (Case Number C 06 1172 EDL)

24   *Fern Malavaceo v. Eli Lilly and Company* (Case Number C 06 1173)

25   *David Chismar and Dana Lavano  v. Eli Lilly and Company* (Case Number C 06 1174)

26   *Virginia Craig v. Eli Lilly and Company* (Case Number C 06 1175)

27   *Karen Botos and Fred Botos v. Eli Lilly and Company* (Case Number C 06 1176)

28   *Lehman Brownell  v. Eli Lilly and Company* (Case Number C 06 1179)

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

Defendants Eli Lilly And Company, A Corporation's Notice Of Pendency Of Other Actions

1  *Yolanda Araujo v. Eli Lilly and Company* (Case Number C 06 1180)

2  *William Cossick v. Eli Lilly and Company* (Case Number C 06 1181)

3  *Karen Halechko v. Eli Lilly and Company* (Case Number C 06 1182)

4  *James Bacon  v. Eli Lilly and Company* (Case Number C 06 1183)

5  *Nancy Garfield and Gerald Garfield  v. Eli Lilly and Company* (Case Number C 06 1184)

6  *Tyna Bass v. Eli Lilly and Company* (Case Number C 06 1185)

7  *Antonio Daniel v. Eli Lilly and Company* (Case Number C 06 1186)

8  *Robert and Pat Miller v. Eli Lilly and Company* (Case Number C 06 1187)

9  *Alberta Oliviri v. Eli Lilly and Company* (Case Number C 06 1188)

10  *Kimberly Frausto and Jesse Frausto v. Eli Lilly and Company* (Case Number C 06 1189)

11  *Juawawno Boone v. Eli Lilly and Company* (Case Number C 06 1190 EDL)

12  *John Ondo v. Eli Lilly and Company* (Case Number C 06 1192)

13  *Anne Johnson v. Eli Lilly and Company* (Case Number C 06 1194)

14  *Paul Matthews v. Eli Lilly and Company* (Case Number C 06 1195)

15  *Robert Hawkins v. Eli Lilly and Company* (Case Number C 06 1196)

16  *Maxine Burkley v. Eli Lilly and Company* (Case Number C 06 1197)

17  *Ann Marie Gianetto  v. Eli Lilly and Company* (Case Number C 06 1198)

18  *Kathy Martin v. Eli Lilly and Company* (Case Number C 06 1199)

19  *Waymon Donat v. Eli Lilly and Company* (Case Number C 06 1201)

20  *Cheryl and Richard Jenkins v. Eli Lilly and Company* (Case Number C 06 1202)

21  *Andrea Mendoza v. Eli Lilly and Company* (Case Number C 06 1203)

22  *Frank Giacomazzo v. Eli Lilly and Company* (Case Number C 06 1204)

23  *James and Deb Osburn v. Eli Lilly and Company* (Case Number C 06 1205)

24  *Letha Russell v. Eli Lilly and Company* (Case Number C 06 1206)

25  *Robert Glenn and Patricia Glenn v. Eli Lilly and Company* (Case Number C 06 1207)

26  *Craig Gunnette and Judith Gunnette v. Eli Lilly and Company* (Case Number C 06 1209)

27  *William Houston Sr. v. Astrazeneca Pharmaceuticals, Eli Lilly and Company, Johnson & Johnson and Janssen Pharmaceutica* (Case Number C 06 1228)

28

Defendants Eli Lilly And Company, A Corporation's Notice Of Pendency Of Other Actions

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Frances Merryweather v. Eli Lilly and Company, Astrazeneca Pharmaceuticals, Johnson & Johnson, Janssen Pharmaceutical* (Case Number C 06 1229 CW)

*John Bowermaster v. Eli Lilly and Company* (Case Number C 06 1230)

*Patrick Callaway v. Eli Lilly and Company* (Case Number C 06 1231)

*Mary Lee v. Eli Lilly and Company* (Case Number C 06 1232)

*Barbara Pupo v. Eli Lilly and Company* (Case Number C 06 1233)

*Thomas Wohlt v. Eli Lilly and Company* (Case Number C 06 1235)

*Darrel Vail v. Eli Lilly and Company* (Case Number C 06 1236)

*Charles Coffman v. Eli Lilly and Company* (Case Number C 06 1237)

*Ernest Chaves v. Eli Lilly and Company* (Case Number C 06 1238 JCS)

*Lauree Ward v. Eli Lilly and Company* (Case Number C 06 1239)

*Patricia Pirotta v. Eli Lilly and Company* (Case Number C 06 1240)

*Larry F. Pancher v. Eli Lilly and Company* (Case Number C 06 1241)

*Jo Marie Santi v. Eli Lilly and Company* (Case Number C 06 1242)

*Robert Campbell v. Eli Lilly and Company* (Case Number C 06 1243)

*William T. Cox v. Eli Lilly and Company* (Case Number C 06 1245)

*Kenneth Crawford v. Eli Lilly and Company* (Case Number C 06 1246)

*William J. Crawford v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 1263)

*John T. and Kimberly Santagata v. Eli Lilly and Company* (Case Number C 06 1267)

*Maxie Rivers, Jr. v. Eli Lilly and Company* (Case Number C 06 1270)

*Rosa A Hoffman and Kenneth W Hoffman Jr v. Eli Lilly and Company* (Case Number C 06 1271)

*Howard J Hall and Bonnie Hall  v. Eli Lilly and Company* (Case Number C 06 1272)

*Curtis and Marianne Capelle v. Eli Lilly and Company* (Case Number C 06 1273)

*Otto Mark and Kathleen Mark v. Eli Lilly and Company* (Case Number C 06 1274)

*Scott M. Tucker v. Eli Lilly and Company* (Case Number C 06 1281)

*Nancy L. French v. Eli Lilly and Company* (Case Number C 06 1282)

*Daniel C. Cannon v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 1283 MJJ)

Defendants Eli Lilly And Company, A Corporation's Notice Of Pendency Of Other Actions

REED SMITH LLP

A limited liability partnership formed in the State of Delaware.

1

2

*Michelle L. Burngarner and Robert Teueax v. Eli Lilly and Company; Astrazeneca Pharmaceuticals (Case Number C 06 1284 WHA)*

3

*Clayton L. Plummer v. Eli Lilly and Company, Astrazeneca Pharmaceuticals (Case Number C 06 1285 CW)*

4

*Troy D. Holmes v. Eli Lilly and Company (Case Number C 06 1287 WHA)*

5

*William L. Jones v. Eli Lilly and Company; Astrazeneca Pharmaceuticals (Case Number C 06 1288 MMC)*

6

7

*Katherine Morris v. Eli Lilly and Company, Astrazeneca Pharmaceuticals (Case Number C 06 1289 JL)*

8

*Herbert Price v. Eli Lilly and Company, Astrazeneca Pharmaceuticals (Case Number C 06 1290 EDL)*

9

10

*Michael J. Watkins v. Eli Lilly and Company (Case Number C 06 1293)*

*Gerald L. Fletcher v. Eli Lilly and Company (Case Number C 06 1294)*

11

12

*Kenneth F. Gibson v. Eli Lilly and Company (Case Number C 06 1298)*

*Ashraf M. Hashmi v. Eli Lilly and Company (Case Number C 06 1299)*

13

14

*Jennifer R. Ruscsak v. Eli Lilly and Company, Astrazeneca Pharmaceuticals (Case Number C 06 1305 MHP)*

15

16

*Joshua E Murray v. Eli Lilly and Company, Astrazeneca Pharmaceuticals, Johnson & Johnson, Janssen Pharmaceutical (Case Number C 06 1306 MMC)*

17

*Thelma D. Graham v. Eli Lilly and Company, Astrazeneca Pharmaceuticals, Johnson & Johnson and Janssen Pharmceutica (Case Number C 06 1307 MJJ)*

18

*Ronald and Beth Smith v. Eli Lilly and Company (Case Number C 06 1312)*

19

*Charles A. McCool v. Eli Lilly and Company; Astrazeneca Pharmaceuticals (Case Number C 06 1314 EMC)*

20

21

*Frank Niemann v. Eli Lilly and Company and Astrazeneca Pharmaceuticals (Case Number C 06 1315 PJH)*

22

*Shirley Keith v. Eli Lilly and Company and Astrazeneca Pharmaceuticals (Case Number C 06 1316 CW)*

23

24

*Joseph Hernandez v. Eli Lilly and Company; Astrazeneca Pharmaceuticals (Case Number C 06 1318)*

25

*Victoria Johnson v. Astrazeneca Pharmaceuticals, Eli Lilly and Company, Johnson & Johnson and Janssen Pharmceutica (Case Number C 06 1319 MMC)*

26

*Josie L. Murray v. Eli Lilly and Company (Case Number C 06 1320)*

27

*Connie Gotschall v. Eli Lilly and Company (Case Number C 06 1321)*

28

- 15 -

Defendants Eli Lilly And Company, A Corporation's Notice Of Pendency Of Other Actions

*Elaine Cotton v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 1322 JSW)

*Rita A. Kurilla v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 1323 MEJ)

*Dolores Veres and Milan Veres  v. Eli Lilly and Company* (Case Number C 06 1324)

*Mensenia Deloach v. Eli Lilly and Company* (Case Number C 06 1325)

*Rose M. Ashburn v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 1326)

*Beatrice L. Elserougi v. Eli Lilly and Company* (Case Number C 06 1327)

*Valeria J. Mirabile v. Eli Lilly and Company* (Case Number C 06 1328)

*James R. Reardon v. Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C 06 1329 MHP)

*Larry Reyes v. Eli Lilly and Company*  (Case Number C 06 1330)

*Kathleen A Hawk v. Eli Lilly and Company* (Case Number C 06 1333)

*Robert J. Koch v. Eli Lilly and Company* (Case Number C 06 1334)

*Sheryl A. Franklin v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 1335 SBA)

*Linda R. Linn  v. Eli Lilly and Company* (Case Number C 06 1338)

*Ernestine Bowyer v. Eli Lilly and Company* (Case Number C 06 1339)

*Airetta P. J. Becica v. Eli Lilly and Company* (Case Number C 06 1340)

*Dorothy L. Cameron and Harold Cameron v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 1341 SBA)

*Marie D. Price v. Eli Lilly and Company* (Case Number C 06 1343)

*Lawrence Segers, Jr. v. Eli Lilly and Company* (Case Number C 06 1344)

*Rick Alldrin, et al. v. Eli Lilly and Company* (Case Number C 06 1354)

*Margaret Amaro, et al. v. Eli Lilly and Company* (Case Number C 06 1355)

*Lionel Arms, et al. v. Eli Lilly and Company* (Case Number C 06 1356)

*Patricia Capps, et al. v. Eli Lilly and Company* (Case Number C 06 1360)

*Deronda Appleman, et al. v. Eli Lilly and Company* (Case Number C 06 1369)

*Beth M. Seigenfuse v. Eli Lilly and Company* (Case Number C 06 1372)

*Judith A. Stanley v. Eli Lilly and Company* (Case Number C 06 1373)

Defendants Eli Lilly And Company, A Corporation's Notice Of Pendency Of Other Actions

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

1   *Donna M. Strasburger v. Eli Lilly and Company* (Case Number C 06 1374)

2   *Tracy E. Reed v. Eli Lilly and Company* (Case Number C 06 1375)

3   *Frances A. Weldon and Charles Weldon v. Eli Lilly and Company (Case Number C 06 1378)*

4

5   *Deborah A. Couch v. Eli Lilly and Company* (Case Number C 06 1379)

    *Sandra V. Moore v. Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C 06 1380)

6

7   *Tyrone Johnson v. Eli Lilly and Company* (Case Number C 06 1381 CW)

8   *Donald Dimartino v. Eli Lilly and Company* (Case Number C 06 1382)

9   *Gurley E. Glenn v. Eli Lilly and Company* (Case Number C 06 1386)

10  *Wesley Kirby v. Eli Lilly and Company* (Case Number C 06 1387 MJJ)

11  *Shirley M. Cogley-Baker v. Eli Lilly and Company (Case Number C 06 1388)*

12  *Brandy S. Morgan v. Eli Lilly and Company* (Case Number C 06 1389)

13  *Florence B. Perry v. Eli Lilly and Company* (Case Number C 06 1391)

14  *Donna L. Wojnovich v. Eli Lilly and Company* (Case Number C 06 1392)

15  *Caren L. Wilson v. Eli Lilly and Company* (Case Number C 06 1393)

16  *Jennifer J. Naramore v. Eli Lilly and Company, Astrazeneca Pharmaceuticals* (Case Number C 06 1394 PJH)

17

18  *Charlene R. West v. Eli Lilly and Company* (Case Number C 06 1396)

    *Mary Senf v. Eli Lilly and Company* (Case Number C 06 1397)

19

20  *Nancy L. Axe v. Eli Lilly and Company* (Case Number C 06 1398)

    *Judy M. Fisher v. Eli Lilly and Company* (Case Number C 06 1400)

21

22  *Azie Gould McClardy v. Eli Lilly and Company* (Case Number C 06 1401)

    *Lisa Birkner v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 1403 PJH)

23

24  *Robert Young v. Eli Lilly and Company* (Case Number C 06 1404)

25  *Peter Williams v. Eli Lilly and Company* (Case Number C 06 1405)

26  *Marlene Rogala v. Eli Lilly and Company* (Case Number C 06 1406)

27  *Deborah A. Read v. Johnson & Johnson; Janssen Pharmaceutical; Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C 06 1431 JSW)

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

- 17 -

Defendants Eli Lilly And Company, A Corporation's Notice Of Pendency Of Other Actions

1
2

*Shantell Wade-Herbert and Jerome Herbert v. Eli Lilly and Company* (Case Number C 06 1432)

3

*Wardelll and Evelina Zollicoffer v. Eli Lilly and Company* (Case Number C 06 1433)

4

*David R. Werner v. Eli Lilly and Company* (Case Number C 06 1435)

5

*Denise Sims v. Johnson & Johnson; Janssen Pharmaceutical; Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C 06 1436 CW)

6

*Paul and Joann Philbin v. Eli Lilly and Company* (Case Number C 06 1439)

7

*Theresa J. Livingston v. Johnson & Johnson; Janssen Pharmaceutical; Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C 06 1440)

8
9

*Edward D. Reid v. Johnson & Johnson; Janssen Pharmaceutical; Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C 06 1441 JCS)

10

*Godfrey L. Barrett, Jr. v. Eli Lilly and Company* (Case Number C 06 1442)

11

*Carol A. Bartlett v. Eli Lilly and Company* (Case Number C 06 1443)

12

*Jean M. Nguyen v. Johnson & Johnson; Janssen Pharmaceutical; Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C 06 1445 EMC)

13
14

*Jimmy Marsiglia v. Johnson & Johnson; Janssen Pharmaceutical; Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C 06 1449)

15

*Sandra Forbes v. Eli Lilly and Company* (Case Number C 06 1450)

16

*Rafael A. Beltran and Lina Torres v. Eli Lilly and Company* (Case Number C 06 1451)

17

*Ida L. Hollis v. Eli Lilly and Company* (Case Number C 06 1452)

18

*Cesar Sepulveda v. Johnson & Johnson; Janssen Pharmaceutical; Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C 06 1453MMC)

19

*Hellen J. Thomas v. Johnson & Johnson; Janssen Pharmaceutical; Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C 06 1454 MJJ)

20

*John S. Chenger and Mary G. Chenger v. Eli Lilly and Company* (Case Number C 06 1455)

21
22

*Michael F. Murnin and Patricia Murnin v. Eli Lilly and Company* (Case Number C 06 1456)

23

*Aida and Howard Thompson v. Eli Lilly and Company* (Case Number C 06 1457)

24

*Bernadine A. Bienias v. Eli Lilly and Company* (Case Number C 06 1458)

25
26

David R Carroll v. Eli Lilly and Company (Case Number C 06 1461)

27

*Sandra M. Johnson v. Eli Lilly and Company* (Case Number C 06 1462)

28

*Rebecca A. Olsen v. Eli Lilly and Company* (Case Number C 06 1465)

- 18 -

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

1    *James Cutter v. Eli Lilly and Company* (Case Number C 06 1466)

2    *Adnan Tuncel v. Eli Lilly and Company* (Case Number C 06 1467)

3    *Shirley A. Jones v. Eli Lilly and Company* (Case Number C 06 1468)

4    *Zackarius E. Kleinsasser v. Eli Lilly and Company* (Case Number C 06 1469)

5    *Frank J. Young v. Eli Lilly and Company* (Case Number C 06 1471)

6    *Damon L. Dowdell v. Eli Lilly and Company* (Case Number C 06 1472)

7    *Jennifer L. Kebler v. Eli Lilly and Company* (Case Number C 06 1473)

8    *Linda K. Hartle v. Eli Lilly and Company* (Case Number C 06 1476)

9    *Oradean Foster v. Eli Lilly and Company* (Case Number C 06 1477)

10   *Joann Moffitt v. Eli Lilly and Company* (Case Number C 06 1478)

11   *Maurice Looney v. Eli Lilly and Company* (Case Number C 06 1479)

12   *Andrew J.W. Walker v. Eli Lilly and Company* (Case Number C 06 1480)

13   *Gregory Knight v. Eli Lilly and Company* (Case Number C 06 1481)

14   *Harriet F. Haughiout v. Eli Lilly and Company* (Case Number C 06 1482)

15   *Dianne M. Theodorou v. Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case
16   Number C 06 1483)

     *Mary E. Hunter v. Eli Lilly and Company* (Case Number C 06 1484)
17
     *Bridgette R. Jones v. Eli Lilly and Company and Astrazeneca Pharmaceuticals (Case
18   Number C 06 1485 JL)*

19   *Marvette L. Keys v. Eli Lilly and Company* (Case Number C 06 1486)

20   *Dino S. Catlin v. Eli Lilly and Company* (Case Number C 06 1487)

21   *Betty A. Harris v. Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case
22   Number C 06 1488)

     *William Sutterer v. Eli Lilly and Company* (Case Number C 06 1489)
23
     *Clayton and Sarah Tanner v. Eli Lilly and Company* (Case Number C 06 1490)
24
     *Robert Zimmerman v. Eli Lilly and Company* (Case Number C 06 1491)
25
     *Donnell L. Lawshea v. Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case
26   Number C 06 1492 EMC)

27   *David Martinez v. Eli Lilly and Company* (Case Number C 06 1493)

28   *Sandy Fry v. Eli Lilly and Company* (Case Number C 06 1494)

Defendants Eli Lilly And Company, A Corporation's Notice Of Pendency Of Other Actions

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

*Larry M. Call v. Eli Lilly and Company* (Case Number C 06 1495)

*Dranoel E Brown v. Eli Lilly and Company* (Case Number C 06 1496)

*Joan A. La Joie and Stephen La Joie v. Eli Lilly and Company* (Case Number C 06 1497)

*Karla Tomastik v. Eli Lilly and Company* (Case Number C 06 1498)

*Jacqueline E. Gaiman v. Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C 06 1500)

*Tracy L. Ayers v. Eli Lilly and Company* (Case Number C 06 1501)

*Angela Overeyunder, estate of Billy Sue McDonald v. Eli Lilly and Company* (Case Number C 06 1525)

*Richard Frentz, estate of Charlotte Frentz v. Eli Lilly and Company* (Case Number C 06 1527)

*Jean Mitchell v. Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C 06 1528)

*Vicky Reynolds v. Johnson & Johnson; Janssen Pharmaceutical; Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C 06 1529 MHP)

*Joe Feser v. Eli Lilly and Company* (Case Number C 06 1530)

*Jim Coppola v. Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C 06 1531 PJH)

*Eric Padgett v. Eli Lilly and Company* (Case Number C 06 1533)

*Noreen Corduck, estate of Jean Couturier, Joshua Couturier and Rene Rheaume v. Eli Lilly and Company* (Case Number C 06 1536)

*Deitchler, Kathleen v. Eli Lilly and Company* (Case Number C 06 1538)

*Edward Truitt v. Eli Lilly and Company* (Case Number C 06 1539)

*Barton, Marla v. Eli Lilly and Company* (Case Number C 06 1540)

*Pamela J. Reed, estate of Robert Reed, Mary Reed and Jacob Reed v. Eli Lilly and Company* (Case Number C 06 1542)

*William A. Maloney v. Eli Lilly and Company* (Case Number C 06 1543)

*Connie E. McClintock v. Eli Lilly and Company* (Case Number C 06 1544)

*Eugene Roy Davis v. Eli Lilly and Company* (Case Number C 06 1546)

*Barbara Lanini v. Eli Lilly and Company* (Case Number C 06 1547)

*Daniel Scott Gehrke and Sari Gehrke v. Eli Lilly and Company* (Case Number C 06 1548)

Defendants Eli Lilly And Company, A Corporation's Notice Of Pendency Of Other Actions

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

1    *Tyrone Jeters v. Eli Lilly and Company*  (Case Number C 06 1549)

2    *Duane A. Tillman v. Eli Lilly and Company* (Case Number C 06 1550)

3    *Margaret Mcclure v. Johnson & Johnson; Janssen Pharmaceutical; Eli Lilly and
Company and Astrazeneca Pharmaceuticals* (Case Number C 06 1551)

4

5    *Deborah Winfrey v. Eli Lilly and Company* (Case Number C 06 1552)

6    *Blondean Sims v. Eli Lilly and Company*  (Case Number C 06 1553)

7    *Edward Jones v. Eli Lilly and Company*  (Case Number C 06 1554)

8    *Lurae Eades v. Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C
06 1555 MHP)

9    *Allegra M. Weaver v. Eli Lilly and Company* (Case Number C 06 1556)

10   *Tony Compalco v. Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case
Number C 06 1557 WDB)

11

12   *Jane R. Evans v. Eli Lilly and Company*  (Case Number C 06 1559)

13   *Bohrys Bohonik v. Eli Lilly and Company* (Case Number C 06 1560)

14   *Heather M Cherry-Wodja and Todd Wodja v. Eli Lilly and Company* (Case Number C 06
1561)

15   *Bell, David v. Eli Lilly and Company* (Case Number C 06 1562)

16   *Dorothy Sheppard v. Eli Lilly and Company*  (Case Number C 06 1563)

17   *Nadine L. Copeland v. Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case
Number C 06 1564 MJJ)

18

19   *Ramon and Lucy Martinez v. Eli Lilly and Company*  (Case Number C 06 1565)

20   *Troy R. Geddis v. Eli Lilly and Company*  (Case Number C 06 1566)

21   *Georgette M. McBride v. Eli Lilly and Company*  (Case Number C 06 1567)

22   *Marcus L Guy v. Eli Lilly and Company* (Case Number C 06 1569)

23   *Laurice Kory, as pleniary guardian of Leonard Kory Jr., Kimberly Brozak, individually
and on behalf of the estate of Lloyd Lake v. Eli Lilly and Company* (Case Number C 06
1606)

24

25   *Barbara Murray, James Vinson, Aretha Williams v. Eli Lilly and Company* (Case Number
C 06 1607)

26   *Michelle Medlin v. Eli Lilly and Company*  (Case Number C 06 1611)

27   *Erin Linn Goodpasture v. Eli Lilly and Company*  (Case Number C 06 1613)

28   *Donna Cuadrez, Rachel Rooney and Sharon Skouge v. Eli Lilly and Company* (Case

Defendants Eli Lilly And Company, A Corporation's Notice Of Pendency Of Other Actions

1    Number C 06 1614)

2    *Gary Osborne v. Eli Lilly and Company* (Case Number C 06 1615)

3    *Rhonda Abtahi v. Eli Lilly and Company* (Case Number C 06 1618)

4    *Gerald Boehmer and Barbara Knoeringer v. Eli Lilly and Company* (Case Number C 06 1620)

5

6    *Jacqueline Lipka, guardian of Dominique Frosch v. Eli Lilly and Company* (Case Number C 06 1622)

7    *Wanda Aldine, estate of Michael and Jim Aldine v. Eli Lilly and Company* (Case Number C 06 1623)

8

9    *Donna Taylor, estate of Rebecca Taylor v. Eli Lilly and Company* (Case Number C 06 1624)

10   *Nicholas Gonzales, estate of Isacher Gonzalez v. Eli Lilly and Company* (Case Number C 06 1625)

11

12   *Eddie Ray Harris, estate of Pauline Crawford v. Eli Lilly and Company* (Case Number C 06 1627)

13   *Carl M. Eisaman v. Eli Lilly and Company* (Case Number C 06 1628)

14   *Robert J. Wiesen v. Johnson & Johnson; Janssen Pharmaceutical; Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C 06 1629 JL)

15

16   *Linda and Robert Gantt v. Johnson & Johnson; Janssen Pharmaceutical; Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C 06 1630)

17   *James Graham, Maria James v. Eli Lilly and Company* (Case Number C 06 1643)

18   *Wayne Dixon, et al. v. Eli Lilly and Company* (Case Number C 06 1644)

19   *Antoinette C. Smith v. Eli Lilly and Company* (Case Number C 06 1693)

20   *Toritha D Ewell  v. Eli Lilly and Company* (Case Number C 06 1694)

21   *Patricia R. Dill v. Eli Lilly and Company* (Case Number C 06 1695)

22   *David Barton Thomas v. Eli Lilly and Company* (Case Number C 06 1696)

23   *Eleanor E. Pugliese v. Eli Lilly and Company* (Case Number C 06 1697)

24   *James D. Fusner v. Eli Lilly and Company* (Case Number C 06 1699)

25   *Richard B. Slater, Jr. v. Eli Lilly and Company* (Case Number C 06 1701)

26   *Marcella L. Lowry v. Eli Lilly and Company* (Case Number C 06 1702)

27   *Tracy L Jones Hayman v. Eli Lilly and Company* (Case Number C 06 1704)

28   *Donald D. Hetrick v. Eli Lilly and Company* (Case Number C 06 1705)

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

Defendants Eli Lilly And Company, A Corporation's Notice Of Pendency Of Other Actions

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Carol S. Buvoltz v. Eli Lilly and Company* (Case Number C 06 1706)

*Kathlyn M. Wilkerson-Smith v. Eli Lilly and Company* (Case Number C 06 1707)

*Ronald J Elardo and Susan M. Arena-Elardo v. Eli Lilly and Company* (Case Number C 06 1709)

*Nicholas L. Sikora v. Eli Lilly and Company* (Case Number C 06 1712)

*Gina McDonald v. Eli Lilly and Company* (Case Number C 06 1758)

*Tracy Mueller v. Eli Lilly and Company* (Case Number C 06 1761)

*Thomas S. Fromosky, Jr. v. Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C 06 1763 MJJ)

*Nellie G. Sarver v. Eli Lilly and Company* (Case Number C 06 1765 SBA)

*Madeline C. Elsener v. Eli Lilly and Company* (Case Number C 06 1770)

*Joe Stevenson, estate of Shirley Stevenson and Joanne Diaz v. Eli Lilly and Company* (Case Number C 06 1787)

*Helen M. Lotka v. Eli Lilly and Company* (Case Number C 06 1788)

*John C. Thigpen v. Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C 06 1817 EMC)

*Don Wilson v. Eli Lilly and Company* (Case Number C 06 1819)

*Dawnmarie Burtulato v. Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C 06 1821)

*Darren A. Wimley v. Eli Lilly and Company* (Case Number C 06 1825)

*Norma L. Terry v. Eli Lilly and Company* (Case Number C 06 1827)

*Jason Tsangaris v. Eli Lilly and Company* (Case Number C 06 1844)

*Shireen L. Thomas and Ricky Thomas v. Eli Lilly and Company* (Case Number C 06 1847)

*Martha M. Warburton and William John Warburton, Sr v. Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C 06 1848 MMC)

*Betsy B. Dean and Philippe Clavel Dean v. Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C 06 1850 SBA)

*Curtis C. Tomkins v. Eli Lilly and Company* (Case Number C 06 1852)

*Oggie Y. Williams v. Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C 06 1855 MHP)

*Irish G. Whaley v. Eli Lilly and Company* (Case Number C 06 1856)

- 23 -

*Denise L. Outlaw v. Eli Lilly and Company and Astrazeneca Pharmaceuticals (Case Number C 06 1857 JSW)*

*Conrad F. Sammet, Jr. v. Eli Lilly and Company* (Case Number C 06 1859)

*Ronald Lee Rooks, Jr and Brandy L. Rooks v. Eli Lilly and Company* (Case Number C 06 1860)

*Pamela J. Lepo v. Eli Lilly and Company and Astrazeneca Pharmaceuticals* (Case Number C 06 1861)

*Zoi Karanicolas and Nicholas Karanicolas v. Eli Lilly and Company* (Case Number C 06 1903 CW)

*Jorenda Bolden v. Eli Lilly and Company* (Case Number C 06 1931)

*Markus L. Tucker v. Eli Lilly and Company and Astrazenca Pharmaceuticals* (Case Number C 06 1932 TEH)

*Tara Beth Walker and Greg Walker Jr. v. Eli Lilly and Company; Astrazenca Pharmaceuticals; Johnson & Johnson and Janssen Pharmaceutica* (Case Number C 06 2040 MMC)

*Ramon Howell and Brandi Howell v. Eli Lilly and Company; Astrazenca Pharmaceuticals; Johnson & Johnson and Janssen Pharmaceutica* (Case Number C 06 2041 CW)

*Dimitrius Oliver v. Eli Lilly and Company; AstraZeneca Pharmaceuticals, L.P.; AstraZeneca, L.P.* (Case Number C 06 2282 JL)

*Johnnena Washington v. Eli Lilly and Company* (Case Number C 06 2283)

*Anna Fall v. Eli Lilly and Company; AstraZeneca Pharmaceuticals, L.P.; AstraZeneca, L.P.* (Case Number C 06 2284 TEH)

*Russel Woodrow, et al. v. Eli Lilly and Company; McKesson Corporation (Case Number C 06 2385 SI)*

*John Grant, et al. v. Eli Lilly and Company; McKesson Corporation* (Case Number C 06 2386 MHP)

*Duane Inks v. Eli Lilly and Company* (Case Number C 06 2398)

*Eunice Asher v. Eli Lilly and Company* (Case Number C 06 2399)

*Hiraje Hajebi, Charles Lee v. Eli Lilly and Company, McKesson Corporation* (Case Number C 06 2420)

*David Engstrom, et al. v. Eli Lilly and Company, McKesson Corporation* (Case Number C 06 2421)

*Charles Hornisher, and Patricia Hornisher, Individually and as Personal Representatives of the estate of Eric John Hornisher, Deceased v. Eli Lilly and Company* (Case Number C 06 2609 MJJ)

Defendants Eli Lilly And Company, A Corporation's Notice Of Pendency Of Other Actions

1

2

*Edythe Abblett, et al. v. McKesson Corporation, Eli Lilly and Company* (Case Number C 06 2702 SBA)

3

*Faezeh Askari, et al. v. Eli Lilly and Company, McKesson Corporation* (Case Number C 06 2714 JSW)

4

*John G. Gibron III, et al. v. McKesson Corporation, Eli Lilly and Company* (Case Number C 06 2715)

5

6

*Michael Arias, et al. v. McKesson Corporation; Eli Lilly and Company* (Case Number C 06 2782)

7

*Felita Smith, et al. v. Eli Lilly and Company (Case Number C 06 2899 MJJ)*

8

*Charles Hauser and Roseanne Hauser v. Eli Lilly and Company* (Case Number C 06 2905 MMC)

9

10

*Colleen Lee Mceachran, individually and as personal representative of the estate of Frank Saunders (Decedent) v. Eli Lilly and Company* (Case Number C 06 3283 WHA)

11

*Paula Hill, et al. v. Eli Lilly and Company, McKesson Corporation* (Case Number C 06 3473JL)

12

13

*Lisa Adamson, et al. v. Eli Lilly and Company, McKesson Corporation* (Case Number C 06 3474 MHP)

14

*Lynn Agbuis, et al. v. Eli Lilly and Company, McKesson Corporation* (Case Number C 06 3475 SC)

15

16

*Therese Bieber, et al. v. Eli Lilly and Company, McKesson Corporation* (Case Number C 06 3476 BZ)

17

*Kristen Kennon, et al. v. Eli Lilly and Company, McKesson Corporation* (Case Number C 06 3477 MEJ)

18

19

*Faezeh Askari, et al. v. Eli Lilly and Company, McKesson Corporation* (Case Number C 06 3480 MJJ)

20

*Pamela Bell, et al. v. Eli Lilly and Company, McKesson Corporation* (Case Number C 06 3481 JSW)

21

22

*Irvin Allen, et al. v. Eli Lilly and Company, McKesson Corporation* (Case Number C 06 3482 EDL)

23

*Rachel Adams, et al. v. Eli Lilly and Company, McKesson Corporation* (Case Number C 06 3483 JCS)

24

25

*Ceasaria Biltz, et al. v. Eli Lilly and Company* (Case Number C 06 3910 MJJ)

26

*Brandy Blake, et al. v. Eli Lilly and Company* (Case Number C 06 4130 MHP)

*Lilly Barnes, et al. v. Eli Lilly and Company* (Case Number C 06 4131 JSW)

27

28

*An Thi Cater, Kevin Chaney, Barbara Jablonski, James Lockett, Joe L. Mozell, Karen Paterson, Carolyn Simon, Maeher Tubbeh, Elliot Wesson, Michael Whitemore, Ann Marie*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

- 25 -

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

1  *Williams, Willie Young v. Eli Lilly and Company* (Case Number C 06 4132 SC)

2  *Linda Johnson v. Eli Lilly and Company, J. Luis Bautista, M.D. and Does 1 through 50* (Case Number C 06 4266)

3

4  *Antonio Pena v. Eli Lilly and Company; Astrazeneca Pharmaceuticals* (Case Number C 06 4270)

5  *David Wilson v. Eli Lilly and Company* (Case Number C 06 5270 WHA)

6  *Elizabeth Hanford v. Eli Lilly and Company* (Case Number C 06 5271 VRW)

7  *Marilyn Pollack and Robert Pollack v. Eli Lilly and Company* (Case Number C 06 5335 SBA)

8

9  *Jim Alabiso, et al. v. Eli Lilly and Company, an Indiana Corporation; McKesson Corporation Corp.* (Case Number C 06 5390 MEJ)

10  *Timothy Johnson, et al. v. Eli Lilly and Company; McKesson Corporation* (Case Number C 06 2188 WHA)

11  *Sandra Burns, et al. v. Eli Lilly and Company and McKesson Corporation* (Case Number C 06 2384 SBA)

12  *Andra Alexander, et al. v. Eli Lilly and Company and McKesson Corporation* (Case Number C 06 2489 CW)

13

14  *Linda Amery, et al. v. Eli Lilly and Company* (Case Number C 06 1353 PJH)

15  *E.L. Porter and Ruth E. Porter v. Eli Lilly and Company* (Case Number C 06 00985 SBA)

16  *Jerry Bradley, Sr. and Denise Bradley v. Eli Lilly and Company, et al.* (Case Number C 06 0549 EMC)

17  *John Jones v. Eli Lilly and Company, et al.* (Case Number C 06 0546 MEJ)

18  *Yesenia Leon v. Eli Lilly and Company, Richard Seigle, M.D. and Does 1 through 50* (Case Number C 06 4268 JCS)

19  *Emanuel Johnson, Jr. and Tina Johnson v. Eli Lilly and Company, et al.* (Case Number C 06 0576 PJH)

20

21  *Dorothy McGee, individually and as the Personal Representative of the estate of Leo McGee (Decedent) v. Eli Lilly and Company* (Case Number C 06 0641 JSW)

22  *Sandra Chathams v. Eli Lilly and Company, et al.* (Case Number C 06 0585 MJJ)

23  *Bradley Arnold, et al. v. Eli Lilly and Company and McKesson Corporation* (Case Number C 06 7135 SI)

24

25  *Janny Miller v. Eli Lilly and Company* (Case Number C 06 5438)

26  *Michael Coonley, et al. v. McKesson Corporation, et al.* (Case No. C 07 1920 TEH)

27  Lilly is informed and believes that other potentially related actions are pending in the

28

1    United States District Court for the Northern District of California, but in which Lilly has not

2    been served with a summons or complaint.  There are also Zyprexa®-related cases pending in

3    state and federal courts across the country, including the Multidistrict Litigation Proceeding

4    pending in the Eastern District of New York – *In re Zyprexa Products Liability Litigation*, MDL

5    1596.  Lilly intends to seek transfer of this action to that MDL.

6

7    DATED:  6/25/07  .                            REED SMITH LLP

8

9                                                  By  *Jam Newdeck*
                                                   _____
10                                                 James M. Wood
                                                   Colleen T. Davies
11                                                 James M. Neudecker
                                                   Attorneys for Defendant
12   DOCSOAK-9876845.1                             Eli Lilly and Company, a corporation

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

- 27 -

Defendants Eli Lilly And Company, A Corporation's Notice Of Pendency Of Other Actions