IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA STEMPIEN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ELI LILLY AND COMPANY and MCKESSON CORPORATION,<br><br>　　　　Defendants. | NO. C06-1811 TEH<br><br><u>ORDER GRANTING MOTION<br>TO RELATE CASE AND ORDER<br>STAYING CASE NO. C07-3324</u> |
| GLENN TEAGUE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ELI LILLY AND COMPANY and MCKESSON CORPORATION,<br><br>　　　　Defendants. | NO. C07-3324 MEJ |

　　　　These matters come before the Court on Defendant Eli Lilly and Company's motion to relate *Teague v. Eli Lilly and Company*, Case No. 07-3324 MEJ, to *Stempien v. Eli Lilly and Company*, Case No. 06-1811 TEH. Neither set of plaintiffs objected to Eli Lilly's motion, and the time for filing a response to the motion under Civil Local Rule 3-12 has now expired.

　　　　Having reviewed Eli Lilly's papers, the Court finds that the two cases meet the requirements for relation under Civil Local Rule 3-12, and Eli Lilly's motion to relate cases is therefore GRANTED. Pursuant to Civil Local Rule 3-12(f)(3), the Clerk shall reassign *Teague* to the undersigned judge. Counsel are instructed that all future filings shall bear the initials "TEH" immediately after the case number.

     IT IS FURTHER ORDERED that *Teague* shall be STAYED for the reasons set forth in this Court's May 4, 2006 order in *Stempien* (Case No. 06-1811, docket no. 26).

**IT IS SO ORDERED.**

Dated: 07/09/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2