1  James M. Wood (State Bar No. 58679)
   Colleen T. Davies (State Bar No. 111371)
2  James M. Neudecker (State Bar No. 221657)
   REED SMITH LLP
3  1999 Harrison Street
   Oakland, CA 94612-3572
4
   **Mailing Address:**
5  P.O. Box 2084
   Oakland, CA 94604-2084
6
   Telephone:   510.763.2000
7  Facsimile:   510.273.8832

8  Attorneys for Defendant Eli Lilly and Company, a corporation

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12

13  GLENN TEAGUE, et al.,            Case No.  C 07-03324 MEJ

14              Plaintiffs,           **PROOF OF SERVICE**

15       vs.

16  ELI LILLY AND COMPANY and
    MCKESSON CORPORATION,

17              Defendants.

- 1 -

Proof of Service

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On June 29, 2007, I served the following document(s) by the method indicated below:

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; U.S. DISTRICT COURT NORTHERN DISTRICT ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT**

☐ by transmitting via facsimile on this date from fax number +1 510 273 8832 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☐ by transmitting via email to the parties at the email addresses listed below:

David Andersen, Esq.            Attorney for Plaintiffs
THE MILLER FIRM
105 N. Alfred Street
Alexandria, VA 22314
Telephone: 703.519.8080
Facsimile: 703.519.8084

       I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on June 29, 2007, at Oakland, California.

*Gloria S. Sandoval*
Gloria S. Sandoval

DOCSOAK-9876985.1