

A CERTIFIED TRUE COPY

A TRUE COPY
DATED........8/15/07 20
ROBERT

BY............
DEPUTY CLERK

AUG - 8 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 2 3 2007

FILED
CLERK'S OFFICE

FILED

AUG 2 7 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL NO. 1596

### IN RE Zyprexa Products Liability Litigation

### (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-100)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 314 F.Supp.2d 1380 (J.P.M.L. 2004). Since that time, 1,636 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 8 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**SCHEDULE CTO-100 - TAG-ALONG ACTIONS**
**MDL NO. 1596**
**IN RE Zyprexa Products Liability Litigation**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| CALIFORNIA NORTHERN<br>CAN 3  07-3324  ~TEH~ | Glenn Teague, et al. v. Eli Lilly & Co., et al. |
| INDIANA SOUTHERN<br>INS 1  07-827 | Katherine L. Bowman v. Eli Lilly & Co. |
| MINNESOTA<br>MN 0  07-3191 | Ryan Carey, et al. v. Eli Lilly & Co. |
| NEW JERSEY<br>NJ  2  07-2766 | Peter Lehrer v. Eli Lilly & Co. |
| PENNSYLVANIA MIDDLE<br>PAM 4  07-1122 | Edward J. Lynch v. Eli Lilly & Co. |
| PENNSYLVANIA WESTERN<br>PAW 2  07-872 | Pamela M. Fike v. Eli Lilly & Co. |
| SOUTH CAROLINA<br>~SC  7  07-1875~ | ~State of South Carolina, etc. v. Eli Lilly & Co., Inc.~  Vacated 8/7/07 |
| TEXAS NORTHERN<br>TXN 3  07-1008 | Jerry L. Owens v. Eli Lilly & Co. |

**SCHEDULE CTO-100 - TAG-ALONG ACTIONS**
**MDL NO. 1596**
**IN RE Zyprexa Products Liability Litigation**

DIST. DIV. C.A. #          CASE CAPTION

CALIFORNIA NORTHERN
CAN 3 07-3324             Glenn Teague, et al. v. Eli Lilly & Co., et al.  07 CV − 3377 (JBW)(RLM)

INDIANA SOUTHERN
INS 1 07-827              Katherine L. Bowman v. Eli Lilly & Co.  07-CV-3378(JBW)(RLM)

MINNESOTA
MN 0 07-3191             Ryan Carey, et al. v. Eli Lilly & Co.  07-CV-3379(JBW)(RLM)

NEW JERSEY
NJ 2 07-2766            Peter Lehrer v. Eli Lilly & Co.  07-CV-3381 (JBW)(RLM)

PENNSYLVANIA MIDDLE
PAM 4 07-1122            Edward J. Lynch v. Eli Lilly & Co.  07-CV-3382(JBW)(RLM)

PENNSYLVANIA WESTERN
PAW 2 07-872             Pamela M. Fike v. Eli Lilly & Co.  07-CV-3383(JBW)(RLM)

SOUTH CAROLINA
SC 7 07-1875            State of South Carolina, etc. v. Eli Lilly & Co., Inc.  Vacated 8/7/07

TEXAS NORTHERN
TXN 3 07-1008           Jerry L. Owens v. Eli Lilly & Co.  07-CV-3384 (JBW)(RLM)

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

MEMBERS:
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

August 8, 2007

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza, East
Brooklyn, NY 11201-1818

Re: MDL-1596 -- IN RE Zyprexa Products Liability Litigation

(See Attached CTO-100)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 23, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Mecca S. Thompson
Deputy Clerk

Attachment

cc: Transferee Judge:        Judge Jack B. Weinstein
    Transferor Judges:       (See Attached List of Judges)
    Transferor Clerks:       (See Attached List of Clerks)

## INVOLVED COUNSEL LIST (CTO-100)
## MDL NO. 1596
## IN RE Zyprexa Products Liability Litigation

Chad Aaronson
Aaronson & Rash, PLLC
6200 Savoy Drive
Suite 510
Houston, TX 77036

Samuel J. Abate, Jr.
Pepper Hamilton, LLP
420 Lexington Avenue
Suite 2320
New York, NY 10170

David C. Anderson
Miller Firm
105 North Alfred Street
Alexandria, VA 22314-3010

Karl S. Bowers, Jr.
Nelson, Mullins, Riley & Scarborough, LLP
P.O. Box 11070
Columbia, SC 29211

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

William B. Curtis
Miller, Curtis & Weisbrod, LLP
11551 Forest Central Dr.
Suite 300
Dallas, TX 75243

Andrew G. Finkelstein
Finkelstein & Partners, LLP
50 Park Place
10th Floor
Newark, NJ 07102

Nina M. Gussack
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799

Clyde Havird Jones, Jr.
SC Attorney General's Office
P.O. Box 11549
Columbia, SC 29211

Gerald D. Jowers, Jr.
Janet, Jenner & Suggs, LLC
1829 Reistertown Road
Suite 320
Baltimore, MD 21208

Donald M. Kresen
Gold, Khourey & Turak, LC
510 Tomlinson Avenue
Moundsville, WV 26041

Irwin B. Levin
Cohen & Malad, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204

James Mark Neudecker
Reed Smith, LLP
1999 Harrison Street
Oakland, CA 94612-3572

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102-4573

John S. Simmons
John S. Simmons Law Offices
P.O. Box 5
Columbia, SC 29202

Jennifer J. Spencer
Fulbright & Jaworski, L.L.P.
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

Jonathan E. Turak
Gold, Khourey & Turak, LC
510 Tomlinson Avenue
Moundsville, WV 26041

John B. White, Jr.
Harrison, White, Smith & Coggins
P.O. Box 3547
Spartanburg, SC 29304

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

## INVOLVED JUDGES LIST (CTO-100)
## MDL NO. 1596
## IN RE Zyprexa Products Liability Litigation

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. John Daniel Tinder
U.S. District Judge
304 Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Peter G. Sheridan
U.S. District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Hon. John E. Jones, III
U.S. District Judge
240 West Third Street
Suite 406
Williamsport, PA 17701

Hon. Joy Flowers Conti
U.S. District Judge
5250 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Henry M. Herlong, Jr.
U.S. District Judge
P.O. Box 10469
Greenville, SC 29603-0469

Hon. Sam A. Lindsay
U.S. District Judge
Earle Cabell Federal Building & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

## INVOLVED CLERKS LIST (CTO-100)
## MDL NO. 1596
## IN RE Zyprexa Products Liability Litigation

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

William T. Walsh, Clerk
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Mary E. D'Andrea, Clerk
U.S. District Court
240 West 3rd Street, Suite 218
Williamsport, PA 17701-0608

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

~~Larry W. Propes, Clerk~~
~~Matthew J. Perry, Jr. U.S. Courthouse~~
~~901 Richland Street~~
~~Columbia, SC 29201-2328~~

Karen S. Mitchell, Clerk
U.S. District Court
1100 Commerce Street
Room 1452
Dallas, TX 75242