**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                        415.522.2000

August 27, 2007

United States District Court
Eastern District of New York
Office of the Clerk
130 United States Courthouse
225 Cadman Plaza, East
Brooklyn, New York   11201-1818

**RE:   Glenn Teague, et al.  -v-  ELI LILLY & CO., et al., Case Number C-07-3324-TEH**
**In re Zyprexa Products Liability Litigation, MDL  No. 1596 & Case No. 07-CV-3377**

Dear Clerk,

Pursuant to an *order transferring* the above captioned case to your court, transmitted herewith

are:

☐       Certified copy of docket entries.

☐       Certified copy of Transferral Order.

☐       Original case file documents.

X       Please access the electronic case file for all the pleadings you may need.

Sincerely,
RICHARD W. WIEKING, Clerk

by:  Thelma Nudo
Deputy Clerk

Enclosures
Copies to counsel of record